# Complaint Exhibit A

| Bill NPI | Patient Account | Patient Name | HIC Number | ICN# | Date From | Date To | HCPCS | Units | Total Expected Amount: ASP + 6% |
|---|---|---|---|---|---|---|---|---|---|
| 1104917780 | ███████ | ███████ | 22215100166507ALA | | ███/2022 | ███/2022 | J0897 | 60 | $1,275.60 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## 835 Remittance Advice

```
            Payer Name:  JJ MAC AL - PALMETTO GBA #10111
                   NPI:  1104917780
              ERA Date:  8/2/2022
          Check Number:  EFT1389858

          Patient Name:  ██████████████

            HIC Number:  ██████████  (Member ID)
      Pat Control Num:   ██████████
               Account:  ██████████

              Facility:  BAPTIST MEDICAL CTR EAST
      Filing Indicator:  MA - Medicare Part A
             Bill Type:  131
          Claim Status:  19 - Processed as Primary, Forwarded to Additional Payer(s)
       Date of Service:  ████/2022 - ████/2022 (1 day)

                   MRN:  000141007
            ICN Number:  22215100166507ALA
                   DRG:  -
            DRG Amount:  -
```

---

### Service Level Information

---

| Code | Qty & | Submitted Charge | Line | Service Adjustments | Date of Service | Covered Units & | Amount |
|------|-------|------|------|------|------|------|------|
| HC  J0897 | 60 | 10,358.30 | CO 45 | 9,425.66 | ███/22 | 60 | 738.65 |
|  |  |  | CO 253 | 7.46 |  |  |  |
|  |  |  | PR 2 | 186.53 |  |  |  |
| Modifier:   JG |  |  |  |  |  |  |  |
| Revenue Code:  0636 |  |  |  |  |  |  |  |
| HC  96372 | 1 | 89.20 | CO 45 | 34.00 | ███/22 | 1 | 43.71 |
|  |  |  | CO 253 | 0.44 |  |  |  |
|  |  |  | PR 2 | 11.05 |  |  |  |
| Revenue Code:  0940 |  |  |  |  |  |  |  |
|  |  | 10,447.50 |  | 9,665.14 |  |  | 782.36 |

---

### Adjustments Summary

**Claim Level Adjustments**

<none>

**Service Level Adjustments**

```
CO  253        7.90
PR  2        197.58   Coinsurance Amount
CO  45     9,459.66   Charges exceed your contracted/ legislated
                      fee arrangement.
```

---

### Monetary Amounts Information

```
        Total Deductibles:  0.00

     Co-Insurance Charges:  197.58
       Co-Payment Charges:  0.00
```

**Page 1**

## 835 Remittance Advice

```
           Patient Name:  ███████████
                Account:  ███████████
             ICN Number:  22215100166507ALA
                    DRG:  -
             DRG Amount:  -


        Covered Charges:  10,447.50
    Non-Covered Charges:  0.00
          Denied Amount:  0.00

Contractual Adjustments:  9,459.66
      Other Adjustments:

      Total Claim Charge:  10,447.50
           Claim Payment:  782.36

              Cost Days:  N/A
           Covered Days:  N/A
```

------------------------------------------------------------------------

**Claim Level Remarks**

N211
MA18    The claim information is also being forwarded to the patient's
        supplemental insurer. Send any questions regarding supplemental benefits
        to them.

**Service Level Remarks**

<none>


**Page 2**

## Redeterminations-Confirmed & (DOR)

## Details

| | | |
|---|---|---|
| **Date of Receipt** | **DCN** | **Submitted By** |
| 09/19/2022 | 22259073000523 | LAURIE HOLTSFORD |
| **Status** | **Medicare ID** | **Date From** |
| Confirmed & (DOR) | MULTIPLE | █████/2022 |

## History

09/16/2022 | Submitted
The portal has received the submission

09/19/2022 | DOR Received
The portal has confirmed the submission

## Files

**You sent us**
East 340B recon CY22.pdf

**Files generated by your submission**
User entered information in PDF format

## Redetermination: First Level Appeal - JJ Part A

### Provider Information
Contract/Region:                          10111/Part A Alabama
Provider Name:                            THE HEALTH CARE AUTHORITY FOR BAPTIST
Provider Number (PTAN):                   010149
National Provider Identifier (NPI):       1104917780
Address Line 1: *                         400 Taylor Road
Address Line 2:
City/State/Zip: *                         Montgomery, AL  36117
Provider Phone Number: *                  334-747-4307
Tax ID:                                   203204949

### Requestor Information
Requestor Name: *                         Laurie Holtsford
Requestor Phone Number: *                 334-747-4307
Requestor Address 1: *                     301 Brown Springs Road
Requestor Address 2:
Requestor City/State/Zip: *               Montgomery, AL  36117

### Appeal Type
Appeal Type: *                            Non-Overpayment

### Patient & Claims Information
Patient Name: *                           MULTIPLE
Medicare ID: *                            MULTIPLE
Date From: *                              ███/2022
Date To: *                                ███/2022
Claim Numbers (DCN): *                    MULTIPLE

Code(s) Being Appealed: *                 MULTIPLE

Reason for        These CY22 claims should be paid at a rate of ASP plus 6 percent. Instead
Appeal: *         effective FY18 through present, CMS has reduced payments for separately payable
                  drugs to ASP minus 22 percent.  Payment should be 1275.60 for this drug as as
                  example for this hospital's calendar year as attached.

Email Id:*                                ljholtsford@baptistfirst.org
Name: *                                   Laurie Holtsford
Date: *                                   Fri Sep 16 18:45:40 EDT 2022

ATTACHMENTS

| Number of files attached:* | 1 |
|---|---|
| Attachments: | East 340B recon CY22.pdf |

## Redetermination: First Level Appeal - JJ Part A

### Provider Information

| | |
|---|---|
| Contract/Region: | 10111/Part A Alabama |
| Provider Name: | The Health Care Authority for Baptist Health, an affiliate o |
| Provider Number (PTAN): | 010023 |
| National Provider Identifier (NPI): | 1700977105 |
| Address Line 1: * | 2105 E South Blvd |
| Address Line 2: | |
| City/State/Zip: * | Montgomery, AL  36116 |
| Provider Phone Number: * | 334-747-4307 |
| Tax ID: | 203204949 |

### Requestor Information

| | |
|---|---|
| Requestor Name: * | Laurie Holtsford |
| Requestor Phone Number: * | 334-747-4307 |
| Requestor Address 1: * | 301 Brown Springs Rd |
| Requestor Address 2: | |
| Requestor City/State/Zip: * | Montgomery, AL  36117 |

### Appeal Type

| | |
|---|---|
| Appeal Type: * | Non-Overpayment |

### Patient & Claims Information

| | |
|---|---|
| Patient Name: * | MULTIPLE |
| Medicare ID: * | MULTIPLE |
| Date From: * | ████/2022 |
| Date To: * | ████/2022 |
| Claim Numbers (DCN): * | MULTIPLE |
| Code(s) Being Appealed: * | MULTIPLE |

| | |
|---|---|
| Reason for Appeal: * | These CY22 claims should be paid at a rate of Average Sales Price (ASP) plus 6 percent. Instead, effective FY18 through present, CMS has reduced payments for separately payable drugs to ASP minus 22 percent, in contravention of the clear statutory requirements for calculating such reimbursement. See 42 USC Sect 1395(t)(14)(A)(iii)(i)-(ii): see also 82 Fed Reg 52356, 52493-511 52622-25. The payment(s) should be $65,419.57 for the specific drugs in the example provided attached |

| | |
|---|---|
| Email Id:* | ljholtsford@baptistfirst.org |
| Name: * | Laurie Holtsford |
| Date: * | Fri Sep 16 18:34:47 EDT 2022 |

ATTACHMENTS

| Number of files attached:* | 1 |
|---|---|
| Attachments: | South 340B recon CY22.pdf |

| Bill NPI | Patient Account | Patient Name | HIC Number | ICN# | Date From | Date To | HCPCS | Units | Total Expected Amount: ASP + 6% |
|---|---|---|---|---|---|---|---|---|---|
| 1700977105 | | | | 22207500068407ALA | 2022 | 2022 | J2350 | 600 | $35,344.20 |
| 1700977105 | | | | 22209800099307ALA | 2022 | 2022 | J9271 | 200 | $10,460.00 |
| 1700977105 | | ER | | 22221400419307ALA | 2022 | 2022 | J1454 | 1 | $466.07 |
| 1700977105 | | | | 22217900195007ALA | 2022 | 2022 | P9047 | 2 | $104.90 |
| 1700977105 | | | | 22221500458907ALA | 2022 | 2022 | J9312 | 100 | $8,416.60 |
| 1700977105 | | | | 22219200594607ALA | 2022 | 2022 | J9271 | 200 | $10,627.80 |
| | | | | | | | | | |

OneContent: Generated By AD\ijholtsford

## 835 Remittance Advice

```
        Payer Name:  JJ MAC AL - PALMETTO GBA #10111
     Payer Website:  WWW.PALMETTOGBA.COM/MEDICARE
               NPI:  1700977105
          ERA Date:  3/30/2022
      Check Number:  EFT1364675

      Patient Name:  ███████████████

        HIC Number:               (Member ID)
   Pat Control Num:  ████████
           Account:  █

          Facility:  BAPTIST MEDICAL CTR SOUTH
   Filing Indicator:  MA - Medicare Part A
         Bill Type:  131
      Claim Status:  1 - Processed as Primary
    Date of Service:  ███2022 - ██████2022 (1 day)

               MRN:  000925671
        ICN Number:  22207500068407ALA
               DRG:  -
        DRG Amount:  -
```

---

Service Level Information

---

| Code | Qty & | Submitted Charge | Line | Service Adjustments | Date of Service | Units & | Covered Amount |
|------|-------|------------------|------|---------------------|-----------------|---------|----------------|
| HC  96365 | 1 | 180.00 | CO 45 | -2.15 | /22 | 1 | 145.72 |
|  |  |  | PR 2 | 36.43 |  |  |  |
| Modifier:  PO |  |  |  |  |  |  |  |
| Revenue Code:  0260 |  |  |  |  |  |  |  |
| HC  96366 | 3 | 260.55 | CO 45 | 153.65 | /22 | 3 | 85.50 |
|  |  |  | PR 2 | 21.40 |  |  |  |
| Modifier:  PO |  |  |  |  |  |  |  |
| Revenue Code:  0260 |  |  |  |  |  |  |  |
| HC  96375 | 2 | 75.00 | CO 45 | 3.74 | /22 | 2 | 57.00 |
|  |  |  | PR 2 | 14.26 |  |  |  |
| Modifier:  PO |  |  |  |  |  |  |  |
| Revenue Code:  0260 |  |  |  |  |  |  |  |
| HC  36415 | 1 | 6.00 | CO 97 | 6.00 | /22 | 1 | 0.00 |
| Modifier:  PO |  |  |  |  |  |  |  |
| Revenue Code:  0300 |  |  |  |  |  |  |  |
| HC  80053 | 1 | 24.00 | CO 97 | 24.00 | /22 | 1 | 0.00 |
| Modifier:  PO |  |  |  |  |  |  |  |
| Revenue Code:  0301 |  |  |  |  |  |  |  |
| HC  85025 | 1 | 18.00 | CO 97 | 18.00 | /22 | 1 | 0.00 |
| Modifier:  PO |  |  |  |  |  |  |  |
| Revenue Code:  0305 |  |  |  |  |  |  |  |
| HC  J1200 | 1 | 1.47 | CO 97 | 1.47 | /22 | 1 | 0.00 |
| Modifier:  PO |  |  |  |  |  |  |  |
| Revenue Code:  0636 |  |  |  |  |  |  |  |
| HC  J2350 | 600 | 58,500.00 | CO 45 | 32,658.60 | /22 | 600 | 24,321.83 |
|  |  |  | PR 2 | 1,519.57 |  |  |  |
| Modifier:  JG, PO |  |  |  |  |  |  |  |
| Revenue Code:  0636 |  |  |  |  |  |  |  |
| HC  J2930 | 1 | 4.80 | CO 97 | 4.80 | /22 | 1 | 0.00 |
| Modifier:  PO |  |  |  |  |  |  |  |
| Revenue Code:  0636 |  |  |  |  |  |  |  |
|  |  | ---------- |  | ---------- |  |  | ---------- |
|  |  | 59,069.82 |  | 34,459.77 |  |  | 24,610.05 |

Page 1

---

OneContent: Generated By ADI\jholtsford

## 835 Remittance Advice

Patient Name: ████████████████
Account: ████████████████
ICN Number: ████████████████
DRG: -
DRG Amount: -

------------------------------------------------------------------------

Adjustments Summary

Claim Level Adjustments

\<none\>

Service Level Adjustments

| | | | |
|----|----|----------:|----|
| CO | 97 | 54.27 | Payment is included in the allowance for another service/procedure. |
| PR | 2 | 1,591.66 | Coinsurance Amount |
| CO | 45 | 32,813.84 | Charges exceed your contracted/ legislated fee arrangement. |

------------------------------------------------------------------------

Monetary Amounts Information

Total Deductibles: 0.00

Co-Insurance Charges: 1,591.66
Co-Payment Charges: 0.00

Covered Charges: 59,069.82
Non-Covered Charges: 0.00
Denied Amount: 0.00

Contractual Adjustments: 32,868.11
Other Adjustments:

Total Claim Charge: 59,069.82
Claim Payment: 24,610.05

Cost Days: N/A
Covered Days: N/A

------------------------------------------------------------------------

Claim Level Remarks

N211

Service Level Remarks

\<none\>

Patient: ████████████   MRN: 000925671   Page 2 of 2

OneContent: Generated By AD\ljholtsford

### 835 Remittance Advice

```
    Payer Name:  JJ MAC AL - PALMETTO GBA #10111
 Payer Website:  WWW.PALMETTOGBA.COM/MEDICARE
           NPI:  1700977105
      ERA Date:  4/22/2022
  Check Number:  EFT1369286

  Patient Name:  ██████████████

    HIC Number:  ████████████  (Member ID)
 Pat Control Num:
       Account:  ██████████████

      Facility:  BAPTIST MEDICAL CTR SOUTH
Filing Indicator:  MA - Medicare Part A
     Bill Type:  131
  Claim Status:  1 - Processed as Primary
Date of Service:  ████/2022 - ████/2022 (1 day)

           MRN:  000976647
    ICN Number:  22209800099307ALA
           DRG:  -
    DRG Amount:  -
```

--------------------------------------------------------------------

Service Level Information

--------------------------------------------------------------------

| Code | Submitted Qty & Charge | | Line | Service Adjustments | Date of Service | Covered Units & Amount | |
|------|------|------|------|------|------|------|------|
| HC 36415 | 1 | 6.00 | CO 97 | 6.00 | ██/22 | 1 | 0.00 |
| Modifier:  PO | | | | | | | |
| Revenue Code:  0300 | | | | | | | |
| HC 80053 | 1 | 24.00 | CO 97 | 24.00 | ██/22 | 1 | 0.00 |
| Modifier:  PO | | | | | | | |
| Revenue Code:  0301 | | | | | | | |
| HC 84439 | 1 | 21.00 | CO 97 | 21.00 | ██/22 | 1 | 0.00 |
| Modifier:  PO | | | | | | | |
| Revenue Code:  0301 | | | | | | | |
| HC 84443 | 1 | 38.00 | CO 97 | 38.00 | ██/22 | 1 | 0.00 |
| Modifier:  PO | | | | | | | |
| Revenue Code:  0301 | | | | | | | |
| HC 85025 | 1 | 18.00 | CO 97 | 18.00 | ██/22 | 1 | 0.00 |
| Modifier:  PO | | | | | | | |
| Revenue Code:  0305 | | | | | | | |
| HC 96413 | 1 | 340.75 | CO 45 | 56.84 | ██/22 | 1 | 227.13 |
|  | | | PR 2 | 56.78 | | | |
| Modifier:  PO | | | | | | | |
| Revenue Code:  0335 | | | | | | | |
| HC J9271 | 200 | 15,538.00 | CO 45 | 7,890.40 | ██/22 | 200 | 6,148.38 |
|  | | | PR 2 | 1,499.22 | | | |
| Modifier:  JG, PO | | | | | | | |
| Revenue Code:  0636 | | | | | | | |
|  | | 15,985.75 | | 9,610.24 | | | 6,375.51 |

--------------------------------------------------------------------

Adjustments Summary

Claim Level Adjustments

<none>

Page 1

OneContent: Generated By AD\ljholtsford

835 Remittance Advice

```
         Patient Name:  ███████████████
              Account:
           ICN Number:  22209800099307ALA
                  DRG:  -
           DRG Amount:  -
```

Service Level Adjustments

```
CO   97        107.00   Payment is included in the allowance for
                        another service/procedure.
CO   45      7,947.24   Charges exceed your contracted/ legislated
                        fee arrangement.
PR    2      1,556.00   Coinsurance Amount
```

--------------------------------------------------------------------------------

Monetary Amounts Information

```
           Total Deductibles:  0.00

         Co-Insurance Charges:  1,556.00
           Co-Payment Charges:  0.00

             Covered Charges:  15,985.75
         Non-Covered Charges:  0.00
               Denied Amount:  0.00

       Contractual Adjustments:  8,054.24
            Other Adjustments:

            Total Claim Charge:  15,985.75
                Claim Payment:  6,375.51

                    Cost Days:  N/A
                 Covered Days:  N/A
```

--------------------------------------------------------------------------------

Claim Level Remarks

N211

Service Level Remarks

OneContent: Generated By ADWjholtsford

## 835 Remittance Advice

```
        Payer Name:  JJ MAC AL - PALMETTO GBA #10111
               NPI:  1700977105
          ERA Date:  8/16/2022
      Check Number:  EFT1392483

      Patient Name:  ███████████████

        HIC Number:  █████████   (Member ID)
   Pat Control Num:
           Account:  ████████████

          Facility:  BAPTIST MEDICAL CTR SOUTH
   Filing Indicator: MA - Medicare Part A
         Bill Type:  131
       Claim Status: 1 - Processed as Primary
    Date of Service: ████2022 - █████/2022 (1 day)

               MRN:  000189035
        ICN Number:  22221400419307ALA
               DRG:  -
        DRG Amount:  -
```

----------------------------------------------------------------------

Service Level Information
----------------------------------------------------------------------

| Code | Qty & | Submitted Charge | Line | Service Adjustments | Date of Service | Covered Units & | Amount |
|---|---|---|---|---|---|---|---|
| NU 0250 | 1 | 0.17 | CO 97 | 0.17 | /22 | 1 | 0.00 |
| HC 96367 | 1 | 57.90 | CO 45 | 2.70 | /22 | 1 | 43.27 |
| | | | CO 253 | 0.88 | | | |
| | | | PR 2 | 11.05 | | | |
| Modifier: PO | | | | | | | |
| Revenue Code: 0260 | | | | | | | |
| HC 96375 | 3 | 112.50 | CO 45 | 5.60 | /22 | 3 | 83.79 |
| | | | CO 253 | 1.71 | | | |
| | | | PR 2 | 21.40 | | | |
| Modifier: PO | | | | | | | |
| Revenue Code: 0260 | | | | | | | |
| HC 36415 | 1 | 6.00 | CO 97 | 6.00 | /22 | 1 | 0.00 |
| Modifier: PO | | | | | | | |
| Revenue Code: 0300 | | | | | | | |
| HC 80053 | 1 | 24.00 | CO 97 | 24.00 | /22 | 1 | 0.00 |
| Modifier: PO | | | | | | | |
| Revenue Code: 0301 | | | | | | | |
| HC 80074 | 1 | 106.00 | CO 97 | 106.00 | /22 | 1 | 0.00 |
| Modifier: PO | | | | | | | |
| Revenue Code: 0301 | | | | | | | |
| HC 83735 | 1 | 15.00 | CO 97 | 15.00 | /22 | 1 | 0.00 |
| Modifier: PO | | | | | | | |
| Revenue Code: 0301 | | | | | | | |
| HC 85025 | 1 | 18.00 | CO 97 | 18.00 | /22 | 1 | 0.00 |
| Modifier: PO | | | | | | | |
| Revenue Code: 0305 | | | | | | | |
| HC 96413 | 1 | 340.75 | CO 45 | 56.84 | /22 | 1 | 222.59 |
| | | | CO 253 | 4.54 | | | |
| | | | PR 2 | 56.78 | | | |
| Modifier: PO | | | | | | | |
| Revenue Code: 0335 | | | | | | | |
| HC 76705 | 1 | 606.65 | CO 45 | 509.71 | /22 | 1 | 76.00 |
| | | | CO 253 | 1.55 | | | |
| | | | PR 2 | 19.39 | | | |

Page 1

OneContent: Generated By AD\ljholtsford

```
                         835 Remittance Advice

        Patient Name:  ████████████████████
            Account:   ████████████████████
         ICN Number:   22221400419307ALA
                DRG:   -
         DRG Amount:   -

Modifier:   PO
Revenue Code:  0402
HC  J1100    10       2.60  CO  97       2.60  ███████22    10        0.00
Modifier:   PO
Revenue Code:  0636
HC  J1200     1       9.00  CO  97       9.00  ███████22     1        0.00
Modifier:   PO
Revenue Code:  0636
HC  J1454     1   1,229.73  CO  45     888.97  ███████22     1      296.07
                            CO  253      6.04
                            PR  2       38.65
Modifier:   JG, PO
Revenue Code:  0636
HC  J9317   402  21,993.42  CO  45   9,116.15  ███████22   402   11,188.37
                            CO  253    228.33
                            PR  2    1,460.57
Modifier:   PO, TB
Revenue Code:  0636
                 -----------          ----------            ----------
                  24,521.72            12,611.63             11,910.09
------------------------------------------------------------------------
```

Adjustments Summary

Claim Level Adjustments

<none>

Service Level Adjustments

```
CO  253    243.05
CO  97     180.77   Payment is included in the allowance for
                    another service/procedure.
CO  45  10,579.97   Charges exceed your contracted/ legislated
                    fee arrangement.
PR  2    1,607.84   Coinsurance Amount
```

------------------------------------------------------------------------

Monetary Amounts Information

```
        Total Deductibles:  0.00

    Co-Insurance Charges:  1,607.84
      Co-Payment Charges:  0.00

        Covered Charges:   24,521.72
    Non-Covered Charges:   0.00
           Denied Amount:  0.00

 Contractual Adjustments:  10,760.74
       Other Adjustments:

       Total Claim Charge: 24,521.72
          Claim Payment:   11,910.09
```

Page 2

```
                         835 Remittance Advice
    Patient Name:   ████████████████████
        Account:    ████████████████████
     ICN Number:    22221400419307ALA
           DRG:     -
     DRG Amount:    -

            Cost Days:    N/A
         Covered Days:    N/A
------------------------------------------------------------------------------
Claim Level Remarks

N211

Service Level Remarks

<none>
```

OneContent: Generated By AD\ljholtsford

### 835 Remittance Advice

```
       Payer Name:  JJ MAC AL - PALMETTO GBA #10111
              NPI:  1700977105
         ERA Date:  7/12/2022
     Check Number:  EFT1385138

     Patient Name:  ███████████████

       HIC Number:  ██████████  (Member ID)
  Pat Control Num:  ██████████
          Account:  ██████████

         Facility:  BAPTIST MEDICAL CTR SOUTH
 Filing Indicator:  MA - Medicare Part A
        Bill Type:  131
     Claim Status:  1 - Processed as Primary
  Date of Service:  ████/2022 - ████/2022 (1 day)

              MRN:  000756185
       ICN Number:  22217900195007ALA
              DRG:  -
       DRG Amount:  -
```

------------------------------------------------------------

Service Level Information

------------------------------------------------------------

|  | Code | Submitted Qty & | Charge | Line | Service Adjustments | | Date of Service | Covered Units & | Amount |
|---|---|---|---|---|---|---|---|---|---|
| NU | 0272 | 2 | 150.60 | CO | 97 | 150.60 | ████22 | 2 | 0.00 |
| HC | 36415 | 1 | 9.75 | CO | 97 | 9.75 | 22 | 1 | 0.00 |
| Revenue Code: | 0300 | | | | | | | | |
| HC | 80048 | 1 | 201.90 | CO | 97 | 201.90 | 22 | 1 | 0.00 |
| Revenue Code: | 0301 | | | | | | | | |
| HC | 49083 | 1 | 1,325.25 | CO | 45 | 604.77 | 22 | 1 | 570.62 |
| | | | | CO | 253 | 5.76 | | | |
| | | | | PR | 2 | 144.10 | | | |
| Revenue Code: | 0361 | | | | | | | | |
| HC | P9047 | 2 | 2,700.00 | CO | 45 | 2,623.30 | ████22 | 2 | 60.75 |
| | | | | CO | 253 | 0.61 | | | |
| | | | | PR | 2 | 15.34 | | | |
| Modifier: | JG | | | | | | | | |
| Revenue Code: | 0636 | | | | | | | | |
| | | | ---------- | | | ---------- | | | ---------- |
| | | | 4,387.50 | | | 3,756.13 | | | 631.37 |

------------------------------------------------------------

Adjustments Summary

Claim Level Adjustments

<none>

Service Level Adjustments

```
CO  253        6.37
CO  97       362.25   Payment is included in the allowance for
                      another service/procedure.
CO  45     3,228.07   Charges exceed your contracted/ legislated
                      fee arrangement.
PR  2        159.44   Coinsurance Amount
```

------------------------------------------------------------

Page 1

Patient ████████████   MRN: 000756185   Page 1 of 2

```
                          835 Remittance Advice
        Patient Name:  ██████████████
            Account:
         ICN Number:  22217900195007ALA
                DRG:  -
         DRG Amount:  -


Monetary Amounts Information

       Total Deductibles:  0.00

     Co-Insurance Charges:  159.44
      Co-Payment Charges:  0.00

         Covered Charges:  4,387.50
     Non-Covered Charges:  0.00
          Denied Amount:  0.00

  Contractual Adjustments:  3,590.32
       Other Adjustments:

       Total Claim Charge:  4,387.50
           Claim Payment:  631.37

              Cost Days:  N/A
           Covered Days:  N/A
--------------------------------------------------------------------------------

Claim Level Remarks

N211

Service Level Remarks

<none>
```

Page 2

OneContent: Generated By ADtljholtsford

## 835 Remittance Advice

```
            Payer Name:  JJ MAC AL - PALMETTO GBA #10111
         Payer Website:  WWW.PALMETTOGBA.COM/MEDICARE
                   NPI:  1700977105
              ERA Date:  8/17/2022
          Check Number:  EFT1392887

          Patient Name:  ██████████████

            HIC Number:  ████████████  (Member ID)
       Pat Control Num:
               Account:  ████████████

              Facility:  BAPTIST MEDICAL CTR SOUTH
       Filing Indicator:  MA - Medicare Part A
             Bill Type:  131
          Claim Status:  19 - Processed as Primary, Forwarded to Additional Payer(s)
       Date of Service:  ████2022 - ████2022 (1 day)

                   MRN:  000118238
            ICN Number:  22221500458907ALA
                   DRG:  -
            DRG Amount:  -
```

---

### Service Level Information

---

| Code | Qty & | Submitted Charge | Line | Service Adjustments | | Date of Service | Covered Units & Amount | |
|------|-------|------------------|------|---------------------|---|-----------------|--------|---|
| NU 0250 | 1 | 0.17 | CO | 97 | 0.17 | /22 | 1 | 0.00 |
| HC 96375 | 3 | 112.50 | CO | 45 | 5.60 | /22 | 3 | 83.79 |
| | | | CO | 253 | 1.71 | | | |
| | | | PR | 2 | 21.40 | | | |
| Revenue Code: 0260 | | | | | | | | |
| HC 36415 | 2 | 15.75 | CO | 97 | 15.75 | /22 | 2 | 0.00 |
| Modifier: 59 | | | | | | | | |
| Revenue Code: 0300 | | | | | | | | |
| HC 80053 | 1 | 24.00 | CO | 97 | 24.00 | /22 | 1 | 0.00 |
| Revenue Code: 0301 | | | | | | | | |
| HC 82306 | 1 | 49.40 | CO | 97 | 49.40 | /22 | 1 | 0.00 |
| Revenue Code: 0301 | | | | | | | | |
| HC 83735 | 1 | 87.90 | CO | 97 | 87.90 | /22 | 1 | 0.00 |
| Revenue Code: 0301 | | | | | | | | |
| HC 83970 | 1 | 44.53 | CO | 97 | 44.53 | /22 | 1 | 0.00 |
| Revenue Code: 0301 | | | | | | | | |
| HC 85025 | 1 | 18.00 | CO | 97 | 18.00 | /22 | 1 | 0.00 |
| Revenue Code: 0305 | | | | | | | | |
| HC 96413 | 1 | 340.75 | CO | 45 | 56.84 | /22 | 1 | 222.59 |
| | | | CO | 253 | 4.54 | | | |
| | | | PR | 2 | 56.78 | | | |
| Revenue Code: 0335 | | | | | | | | |
| HC 96415 | 2 | 159.72 | CO | 45 | 49.31 | /22 | 2 | 86.55 |
| | | | CO | 253 | 1.77 | | | |
| | | | PR | 2 | 22.09 | | | |
| Revenue Code: 0335 | | | | | | | | |
| HC J1200 | 1 | 9.00 | CO | 97 | 9.00 | /22 | 1 | 0.00 |
| Revenue Code: 0636 | | | | | | | | |
| HC J2930 | 1 | 17.52 | CO | 97 | 17.52 | /22 | 1 | 0.00 |
| Revenue Code: 0636 | | | | | | | | |
| HC J9312 | 100 | 16,911.00 | CO | 45 | 10,757.40 | /22 | 100 | 4,824.42 |
| | | | CO | 253 | 98.46 | | | |
| | | | PR | 2 | 1,230.72 | | | |

Page 1

835 Remittance Advice

```
        Patient Name:  ████████████████
            Account:
         ICN Number:  22221500458907ALA
               DRG:   -
        DRG Amount:   -
```

Modifier:   JG
Revenue Code:   0636

```
            ----------        ----------              ----------
            17,790.24         12,572.89                5,217.35
```
-----------------------------------------------------------------------------

Adjustments Summary

Claim Level Adjustments

<none>

Service Level Adjustments

```
CO   253      106.48
CO    97      266.27   Payment is included in the allowance for
                       another service/procedure.
CO    45   10,869.15   Charges exceed your contracted/ legislated
                       fee arrangement.
PR     2    1,330.99   Coinsurance Amount
```
-----------------------------------------------------------------------------

Monetary Amounts Information

```
        Total Deductibles:  0.00

     Co-Insurance Charges:  1,330.99
      Co-Payment Charges:   0.00

        Covered Charges:   17,790.24
    Non-Covered Charges:    0.00
         Denied Amount:     0.00

  Contractual Adjustments:  11,135.42
       Other Adjustments:

      Total Claim Charge:  17,790.24
          Claim Payment:    5,217.35

              Cost Days:   N/A
           Covered Days:   N/A
```
-----------------------------------------------------------------------------

Claim Level Remarks

```
N211
MA18    The claim information is also being forwarded to the patient's
        supplemental insurer. Send any questions regarding supplemental benefits
        to them.
```

Service Level Remarks

<none>

                                                              Page 2

## 835 Remittance Advice

```
        Payer Name:  JJ MAC AL - PALMETTO GBA #10111
               NPI:  1700977105
          ERA Date:  7/25/2022
      Check Number:  EFT1387935

      Patient Name:  ████████████████

        HIC Number:  ████████████ (Member ID)
   Pat Control Num:
           Account:  ████████████

          Facility:  BAPTIST MEDICAL CTR SOUTH
   Filing Indicator:  MA - Medicare Part A
         Bill Type:  131
       Claim Status:  19 - Processed as Primary, Forwarded to Additional Payer(s)
    Date of Service:  ████/2022 - ███/2022 (1 day)

               MRN:  000336977
        ICN Number:  22219200594607ALA
               DRG:  -
        DRG Amount:  -
```

--------------------------------------------------------------------------------

### Service Level Information

--------------------------------------------------------------------------------

| Code | Submitted Qty & Charge | Line | Service Adjustments | Date of Service | Covered Units & Amount |
|------|------------------------|------|---------------------|-----------------|------------------------|
| HC 36415  1 | 6.00 | CO 97 | 6.00 | ██/22 | 1        0.00 |
| Modifier:  PO | | | | | |
| Revenue Code:  0300 | | | | | |
| HC 80053  1 | 24.00 | CO 97 | 24.00 | ██/22 | 1        0.00 |
| Modifier:  PO | | | | | |
| Revenue Code:  0301 | | | | | |
| HC 84439  1 | 21.00 | CO 97 | 21.00 | ██/22 | 1        0.00 |
| Modifier:  PO | | | | | |
| Revenue Code:  0301 | | | | | |
| HC 84443  1 | 38.00 | CO 97 | 38.00 | ██/22 | 1        0.00 |
| Modifier:  PO | | | | | |
| Revenue Code:  0301 | | | | | |
| HC 86140  1 | 12.00 | CO 97 | 12.00 | ██/22 | 1        0.00 |
| Modifier:  PO | | | | | |
| Revenue Code:  0302 | | | | | |
| HC 85025  1 | 18.00 | CO 97 | 18.00 | ██/22 | 1        0.00 |
| Modifier:  PO | | | | | |
| Revenue Code:  0305 | | | | | |
| HC 96413  1 | 340.75 | CO 45 | 56.84 | ██/22 | 1      222.59 |
| | | CO 253 | 4.54 | | |
| | | PR 2 | 56.78 | | |
| Modifier:  PO | | | | | |
| Revenue Code:  0335 | | | | | |
| HC J9271  200 | 18,854.00 | CO 45 | 11,083.60 | ██/22 | 200    6,145.76 |
| | | CO 253 | 125.42 | | |
| | | PR 2 | 1,499.22 | | |
| Modifier:  JG, PO | | | | | |
| Revenue Code:  0636 | | | | | |
| HC G0463  1 | 125.00 | CO 16 | 125.00 | ██/22 | 1        0.00 |
| Remark Code:  N4 | | | | | |
| Modifier:  PO | | | | | |
| Revenue Code:  0761 | | | | | |

```
                    -----------          ----------                    ----------
                     19,438.75           13,070.40                      6,368.35

                                                                      Page 1
```

OneContent: Generated By ADIjholtsford

## 835 Remittance Advice

```
    Patient Name:  [REDACTED]
         Account:  [REDACTED]
      ICN Number:  22219200594607ALA
             DRG:  -
      DRG Amount:  -
```

----------------------------------------------------------------------

Adjustments Summary

Claim Level Adjustments

<none>

Service Level Adjustments

```
CO  253      129.96
CO   97      119.00    Payment is included in the allowance for
                       another service/procedure.
CO   16      125.00    Claim/service lacks information which is
                       needed for adjudication. Additional
                       information is supplied using remittance
                       advice remarks codes whenever appropriate
CO   45    11,140.44   Charges exceed your contracted/ legislated
                       fee arrangement.
PR    2     1,556.00   Coinsurance Amount
```

----------------------------------------------------------------------

Monetary Amounts Information

```
        Total Deductibles:  0.00

     Co-Insurance Charges:  1,556.00
      Co-Payment Charges:   0.00

         Covered Charges:   19,313.75
     Non-Covered Charges:   125.00
           Denied Amount:   125.00

  Contractual Adjustments:  11,259.44
       Other Adjustments:

       Total Claim Charge:  19,438.75
           Claim Payment:   6,368.35

               Cost Days:   N/A
            Covered Days:   N/A
```

----------------------------------------------------------------------

Claim Level Remarks

```
N211
MA18    The claim information is also being forwarded to the patient's
        supplemental insurer. Send any questions regarding supplemental benefits
        to them.
```

Service Level Remarks

```
Code    Description
N4      Missing/incomplete/invalid prior insurance carrier EOB.
```

Page 2

## 835 Remittance Advice

Patient Name: ████████████████

Account: ████████████

ICN Number: 22219200594607ALA

DRG: –

DRG Amount: –

# Redeterminations-Confirmed & (DOR)

## Details

**Date of Receipt**
09/19/2022

**DCN**
22259073000522

**Submitted By**
LAURIE HOLTSFORD

**Status**
Confirmed & (DOR)

**Medicare ID**
MULTIPLE

**Date From**
██ /2022

## History

09/16/2022 | Submitted
The portal has received the submission

09/19/2022 | DOR Received
The portal has confirmed the submission

## Files

**You sent us**
South 340B recon CY22.pdf

**Files generated by your submission**
User entered information in PDF format

| DATE | 06/21/2022 | | |
|---|---|---|---|
| PAYER | JJ MAC AL - PALMETTO GBA #10111 | CLAIM NUMBER | 22215700405107ALA |
| FACILITY | UAB Clinics | BILL TYPE | 131 |
| PROVIDER NPI | 1154435824 | BILLED AMOUNT | $53,444.00 |
| PATIENT NAME | | CHECK DATE | 06/21/2022 |
| PATIENT DATE OF BIRTH | | SUBSCRIBER ID# | |
| INSURED NAME | | PAID TO TAX ID | 636005396 |
| PATIENT CONTROL | | SERVICE FROM | 2022 |
| CHECK NUMBER | REMIT03389 | SERVICE TO | 2022 |

## CLAIM LEVEL STATUS

| Claim # | Charges | Pmt | Pt Resp | Claim Status | Claim Remarks |
|---|---|---|---|---|---|
| 22215700405107ALA | $53,444.00 | $6,607.06 | $1,577.68 | 19: Processed as Primary, Forwarded to Additional Payer(s) | Indicator: MA: Medicare Part A Remark(s): N211: Alert: You may not appeal this decision; MA18: Alert: The claim information is also being forw |

## SERVICE LINE STATUS

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $162.00 | $0.00 | 2022 | Billed: Paid: 80053 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $162.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $86.00 | $0.00 | 2022 | Billed: Paid: 84443,GZ | Auth #: M26: The information furnished does not substantiate the need for this level of service. If you have collected any amount from the patient for this level of service /any amount that exceeds the limiting charge for the less extensive service, the law requires you to refund that amount to the patient within 30 days of receiving this notice., | CO | 50: These are non-covered services because this is not deemed a `medical necessity' by the payer. | $86.00 |

| Rev Code | Charges | Payment | Svc Date Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|
| 0300 | $67.00 | $0.00 | 2022 Billed: Paid: 85025 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $67.00 |

| Rev Code | Charges | Payment | Svc Date Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|
| 0301 | $49.00 | $0.00 | 2022 Billed: Paid: 84439,GZ | Auth #: M26: The information furnished does not substantiate the need for this level of service. If you have collected any amount from the patient for this level of service /any amount that exceeds the limiting charge for the less extensive service, the law requires you to refund that amount to the patient within 30 days of receiving this notice., | CO | 50: These are non-covered services because this is not deemed a 'medical necessity' by the payer. | $49.00 |

| Rev Code | Charges | Payment | Svc Date Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|
| 0335 | $1,014.00 | $230.37 | 2022 Billed: Paid: 96413 | Auth #: | PR | 2: Coinsurance Amount | $58.18 |
| | | | | | CO | 253: Sequestration - reduction in federal payment | $2.33 |
| | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $723.12 |

| Rev Code | Charges | Payment | Svc Date Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|
| 0510 | $330.00 | $85.85 | 2022 Billed: Paid: G0463,25 | Auth #: | PR | 2: Coinsurance Amount | $21.68 |
| | | | | | CO | 253: Sequestration - reduction in federal payment | $0.87 |
| | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $221.60 |

| Rev Code | Charges | Payment | Svc Date Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|
| 0636 | $51,736.00 | $6,290.84 | 2022 Billed: Paid: J9271,JG | Auth #: | PR | 2: Coinsurance Amount | $1,497.82 |
| | | | | | CO | 253: Sequestration - reduction in federal payment | $63.54 |
| | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $43,883.80 |

| DATE | 06/17/2022 | | |
|---|---|---|---|
| PAYER | JJ MAC AL - PALMETTO GBA #10111 | CLAIM NUMBER | 22215400268407ALA |
| FACILITY | UAB Clinics | BILL TYPE | 131 |
| PROVIDER NPI | 1154435824 | BILLED AMOUNT | $2,690.40 |
| PATIENT NAME | █████████ | CHECK DATE | 06/17/2022 |
| PATIENT DATE OF BIRTH | █████ | SUBSCRIBER ID# | |
| INSURED NAME | | PAID TO TAX ID | 636005396 |
| PATIENT CONTROL | █████ | SERVICE FROM | █2022 |
| CHECK NUMBER | EFT1380720 | SERVICE TO | █2022 |

## CLAIM LEVEL STATUS

| Claim # | Charges | Pmt | Pt Resp | Claim Status | Claim Remarks |
|---|---|---|---|---|---|
| 22215400268407ALA | $2,690.40 | $378.90 | $95.68 | 19: Processed as Primary, Forwarded to Additional Payer(s) | Indicator: MA: Medicare Part A Remark(s): N211: Alert: You may not appeal this decision; MA18: Alert: The claim information is also being forw |

## SERVICE LINE STATUS

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0331 | $515.00 | $0.00 | █022 | Billed: Paid: 96402 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $515.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0510 | $330.00 | $85.85 | /2022 | Billed: Paid: G0463,25 | Auth #: | PR | 2: Coinsurance Amount | $21.68 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $0.87 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $221.60 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|----------|---------|---------|----------|-------|-----------------|-----------|-------------------------------|--------|
| 0636 | $1,505.40 | $293.05 | 2022 | Billed: Paid: J9217,JG | Auth #: | PR | 2: Coinsurance Amount | $74.00 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $2.96 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $1,135.39 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|----------|---------|---------|----------|-------|-----------------|-----------|-------------------------------|--------|
| 0940 | $340.00 | $0.00 | 2022 | Billed: Paid: 96372,59 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $340.00 |

| DATE | 06/17/2022 | | |
|---|---|---|---|
| PAYER | JJ MAC AL - PALMETTO GBA #10111 | CLAIM NUMBER | 22215400271407ALA |
| FACILITY | UAB Clinics | BILL TYPE | 131 |
| PROVIDER NPI | 1154435824 | BILLED AMOUNT | $1,858.60 |
| PATIENT NAME | | CHECK DATE | 06/17/2022 |
| PATIENT DATE OF BIRTH | | SUBSCRIBER ID# | |
| INSURED NAME | | PAID TO TAX ID | 636005396 |
| PATIENT CONTROL | | SERVICE FROM | 2022 |
| CHECK NUMBER | EFT1380720 | SERVICE TO | 2022 |

## CLAIM LEVEL STATUS

| Claim # | Charges | Pmt | Pt Resp | Claim Status | Claim Remarks |
|---|---|---|---|---|---|
| 22215400271407ALA | $1,858.60 | $783.44 | $197.85 | 19: Processed as Primary, Forwarded to Additional Payer(s) | Indicator: MA: Medicare Part A Remark(s): N211: Alert: You may not appeal this decision; MA18: Alert: The claim information is also being forw |

## SERVICE LINE STATUS

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $30.00 | $0.00 | 2022 | Billed: Paid: 82040 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $30.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $29.00 | $0.00 | 2022 | Billed: Paid: 82310 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $29.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $28.00 | $0.00 | 2022 | Billed: Paid: 82565 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $28.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $1,431.60 | $738.65 | 2022 | Billed: Paid: J0897,JG | Auth #: | PR | 2: Coinsurance Amount | $186.53 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $7.46 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $498.96 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0940 | $340.00 | $44.79 | 2022 | Billed: Paid: 96372 | Auth #: | PR | 2: Coinsurance Amount | $11.32 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $0.45 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $283.44 |

| DATE | 06/17/2022 | | |
|---|---|---|---|
| PAYER | JJ MAC AL - PALMETTO GBA #10111 | CLAIM NUMBER | 22215400253007ALA |
| FACILITY | UAB Clinics | BILL TYPE | 131 |
| PROVIDER NPI | 1154435824 | BILLED AMOUNT | $10,875.50 |
| PATIENT NAME | | CHECK DATE | 06/17/2022 |
| PATIENT DATE OF BIRTH | | SUBSCRIBER ID# | |
| INSURED NAME | | PAID TO TAX ID | 636005396 |
| PATIENT CONTROL | | SERVICE FROM | 2022 |
| CHECK NUMBER | EFT1380720 | SERVICE TO | 2022 |

## CLAIM LEVEL STATUS

| Claim # | Charges | Pmt | Pt Resp | Claim Status | Claim Remarks |
|---|---|---|---|---|---|
| 22215400253007ALA | $10,875.50 | $2,054.37 | $518.79 | 1: Processed as Primary | Indicator: MA: Medicare Part A<br>Remark(s): N211: Alert: You may not appeal this decision; |

## SERVICE LINE STATUS

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0260 | $698.00 | $147.81 | 2022 | Billed:<br>Paid:<br>96365,PO | Auth #: | PR | 2: Coinsurance Amount | $37.33 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $1.49 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $511.37 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $10,177.50 | $1,906.56 | 2022 | Billed:<br>Paid:<br>J0129,JG,PO | Auth #: | PR | 2: Coinsurance Amount | $481.46 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $19.26 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $7,770.22 |

| DATE | 06/17/2022 | | |
|---|---|---|---|
| PAYER | JJ MAC AL - PALMETTO GBA #10111 | CLAIM NUMBER | 22215400288707ALA |
| FACILITY | UAB Clinics | BILL TYPE | 131 |
| PROVIDER NPI | 1154435824 | BILLED AMOUNT | $2,323.04 |
| PATIENT NAME | | CHECK DATE | 06/17/2022 |
| PATIENT DATE OF BIRTH | | SUBSCRIBER ID# | |
| INSURED NAME | | PAID TO TAX ID | 636005396 |
| PATIENT CONTROL | | SERVICE FROM | 2022 |
| CHECK NUMBER | EFT1380720 | SERVICE TO | 2022 |

## CLAIM LEVEL STATUS

| Claim # | Charges | Pmt | Pt Resp | Claim Status | Claim Remarks |
|---|---|---|---|---|---|
| 22215400288707ALA | $2,323.04 | $583.75 | $147.41 | 19: Processed as Primary, Forwarded to Additional Payer(s) | Indicator: MA: Medicare Part A Remark(s): N211: Alert: You may not appeal this decision; MA18: Alert: The claim information is also being forw |

## SERVICE LINE STATUS

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0361 | $807.00 | $129.75 | 2022 | Billed: Paid: 11102,XS | Auth #: | PR | 2: Coinsurance Amount | $32.76 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $1.31 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $643.18 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $882.04 | $454.00 | 2022 | Billed: Paid: J7308,JG | Auth #: | PR | 2: Coinsurance Amount | $114.65 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $4.59 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $308.80 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remark | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0940 | $634.00 | $0.00 | ▮▮ 2022 | Billed:<br>Paid:<br>96574 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $634.00 |

| DATE | 06/17/2022 | | |
|---|---|---|---|
| PAYER | JJ MAC AL - PALMETTO GBA #10111 | CLAIM NUMBER | 22215400253407ALA |
| FACILITY | UAB Clinics | BILL TYPE | 131 |
| PROVIDER NPI | 1154435824 | BILLED AMOUNT | $14,911.00 |
| PATIENT NAME | | CHECK DATE | 06/17/2022 |
| PATIENT DATE OF BIRTH | | SUBSCRIBER ID# | |
| INSURED NAME | | PAID TO TAX ID | 636005396 |
| PATIENT CONTROL | | SERVICE FROM | 2022 |
| CHECK NUMBER | EFT1380720 | SERVICE TO | 2022 |

## CLAIM LEVEL STATUS

| Claim # | Charges | Pmt | Pt Resp | Claim Status | Claim Remarks |
|---|---|---|---|---|---|
| 22215400253407ALA | $14,911.00 | $1,243.54 | $314.03 | 1: Processed as Primary | Indicator: MA: Medicare Part A<br>Remark(s): N211: Alert: You may not appeal this decision; |

## SERVICE LINE STATUS

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0260 | $698.00 | $147.81 | 2022 | Billed:<br>Paid:<br>96365 | Auth #: | PR<br>CO<br>CO | 2: Coinsurance Amount<br>253: Sequestration - reduction in federal payment<br>45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $37.33<br>$1.49<br>$511.37 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $88.00 | $0.00 | 2022 | Billed:<br>Paid:<br>80069 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $88.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $37.00 | $0.00 | 2022 | Billed: Paid: 85007 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $37.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $46.00 | $0.00 | 2022 | Billed: Paid: 85027 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $46.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0301 | $162.00 | $0.00 | 2022 | Billed: Paid: 80197 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $162.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0301 | $50.00 | $0.00 | 2022 | Billed: Paid: 82570 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $50.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0301 | $30.00 | $0.00 | 2022 | Billed: Paid: 84156 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $30.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0307 | $50.00 | $0.00 | 2022 | Billed: Paid: 81003 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $50.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $8,250.00 | $657.44 | 2022 | Billed: Paid: J0485,JG | Auth #: | PR | 2: Coinsurance Amount | $166.02 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $6.64 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $7,419.90 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $5,500.00 | $438.29 | 2022 | Billed: Paid: J0485,JG,JW | Auth #: | PR | 2: Coinsurance Amount | $110.68 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $4.43 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $4,946.60 |

| DATE | 06/17/2022 | | |
|---|---|---|---|
| PAYER | JJ MAC AL - PALMETTO GBA #10111 | CLAIM NUMBER | 22215400262907ALA |
| FACILITY | UAB Clinics | BILL TYPE | 131 |
| PROVIDER NPI | 1154435824 | BILLED AMOUNT | $3,415.70 |
| PATIENT NAME | | CHECK DATE | 06/17/2022 |
| PATIENT DATE OF BIRTH | | SUBSCRIBER ID# | |
| INSURED NAME | | PAID TO TAX ID | 636005396 |
| PATIENT CONTROL | | SERVICE FROM | 2022 |
| CHECK NUMBER | EFT1380720 | SERVICE TO | 2022 |

## CLAIM LEVEL STATUS

| Claim # | Charges | Pmt | Pt Resp | Claim Status | Claim Remarks |
|---|---|---|---|---|---|
| 22215400262907ALA | $3,415.70 | $448.98 | $113.42 | 19: Processed as Primary, Forwarded to Additional Payer(s) | Indicator: MA: Medicare Part A Remark(s): N211: Alert: You may not appeal this decision; MA18: Alert: The claim information is also being forw |

## SERVICE LINE STATUS

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0260 | $698.00 | $147.81 | 2022 | Billed: Paid: 96365 | Auth #: | PR | 2: Coinsurance Amount | $37.33 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $1.49 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $511.37 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0260 | $1,110.00 | $86.72 | 022 | Billed: Paid: 96366 | Auth #: | PR | 2: Coinsurance Amount | $21.92 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $0.88 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $1,000.48 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0260 | $354.00 | $28.91 | 2022 | Billed: Paid: 96375 | Auth #: | PR | 2: Coinsurance Amount | $7.31 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $0.29 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $317.49 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $28.00 | $0.00 | 2022 | Billed: Paid: 82565 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $28.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0510 | $330.00 | $85.85 | 2022 | Billed: Paid: G0463,25 | Auth #: | PR | 2: Coinsurance Amount | $21.68 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $0.87 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $221.60 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $5.30 | $0.00 | 2022 | Billed: Paid: J1200 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $5.30 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $890.40 | $99.69 | 2022 | Billed: Paid: J1561,JG | Auth #: | PR | 2: Coinsurance Amount | $25.18 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $1.01 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $764.52 |

| DATE | 06/17/2022 | | |
|---|---|---|---|
| PAYER | JJ MAC AL - PALMETTO GBA #10111 | CLAIM NUMBER | 22215400406707ALA |
| FACILITY | UAB Clinics | BILL TYPE | 131 |
| PROVIDER NPI | 1154435824 | BILLED AMOUNT | $68,765.85 |
| PATIENT NAME | | CHECK DATE | 06/17/2022 |
| PATIENT DATE OF BIRTH | | SUBSCRIBER ID# | |
| INSURED NAME | | PAID TO TAX ID | 636005396 |
| PATIENT CONTROL | 62139868 | SERVICE FROM | 2022 |
| CHECK NUMBER | EFT1380720 | SERVICE TO | 2022 |

## CLAIM LEVEL STATUS

| Claim # | Charges | Pmt | Pt Resp | Claim Status | Claim Remarks |
|---|---|---|---|---|---|
| 22215400406707ALA | $68,765.85 | $7,544.18 | $1,622.23 | 19: Processed as Primary, Forwarded to Additional Payer(s) | Indicator: MA: Medicare Part A Remark(s): N211: Alert: You may not appeal this decision; MA18: Alert: The claim information is also being forw |

## SERVICE LINE STATUS

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0260 | $1,062.00 | $86.72 | 2022 | Billed: 96375 Paid: | Auth #: | PR | 2: Coinsurance Amount | $21.92 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $0.88 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $952.48 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $162.00 | $0.00 | 2022 | Billed: 80053 Paid: | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $162.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $86.00 | $0.00 | 2022 | Billed: Paid: 84443,GZ | Auth #: M26: The information furnished does not substantiate the need for this level of service. If you have collected any amount from the patient for this level of service /any amount that exceeds the limiting charge for the less extensive service, the law requires you to refund that amount to the patient within 30 days of receiving this notice., | CO | 50: These are non-covered services because this is not deemed a `medical necessity' by the payer. | $86.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $37.00 | $0.00 | 2022 | Billed: Paid: 85007 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $37.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0300 | $46.00 | $0.00 | 2022 | Billed: Paid: 85027 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $46.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0301 | $50.00 | $0.00 | 2022 | Billed: Paid: 83735 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $50.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0301 | $49.00 | $0.00 | 2022 | Billed: Paid: 84439,GZ | Auth #: M26: The information furnished does not substantiate the need for this level of service. If you have collected any amount from the patient for this level of service /any amount that exceeds the limiting charge for the less extensive service, the law requires you to refund that amount to the patient within 30 days of receiving this notice., | CO | 50: These are non-covered services because this is not deemed a `medical necessity' by the payer. | $49.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0302 | $136.00 | $0.00 | 2022 | Billed: Paid: 86301 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $136.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0335 | $1,014.00 | $230.37 | 2022 | Billed: Paid: 96413 | Auth #: | PR | 2: Coinsurance Amount | $58.18 |
|  |  |  |  |  |  | CO | 253: Sequestration - reduction in federal payment | $2.33 |
|  |  |  |  |  |  | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $723.12 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0335 | $1,422.00 | $89.59 | 2022 Billed: Paid: 96417 | Auth #: | | PR | 2: Coinsurance Amount | $22.63 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $0.90 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $1,308.88 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0510 | $330.00 | $85.85 | 2022 Billed: Paid: G0463,25 | Auth #: | | PR | 2: Coinsurance Amount | $21.68 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $0.87 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $221.60 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $1,482.00 | $134.52 | 2022 Billed: Paid: J0185,JG | Auth #: | | PR | 2: Coinsurance Amount | $28.57 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $1.36 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $1,317.55 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $12.80 | $0.00 | 2022 Billed: Paid: J1100 | Auth #: | | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $12.80 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $296.00 | $0.00 | 2022 Billed: Paid: J2469 | Auth #: | | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $296.00 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $91.20 | $0.00 | 2022 Billed: Paid: J9060 | Auth #: | | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $91.20 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $57,757.50 | $6,917.13 | 2022 Billed: Paid: J9173,JG | Auth #: | | PR | 2: Coinsurance Amount | $1,469.25 |
| | | | | | | CO | 253: Sequestration - reduction in federal payment | $69.87 |
| | | | | | | CO | 45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. | $49,301.25 |

| Rev Code | Charges | Payment | Svc Date | Codes | Service Remarks | Adj Group | Service Level Adjustment Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 0636 | $4,732.35 | $0.00 | 2022 | Billed: Paid: J9201 | Auth #: | CO | 97: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. | $4,732.35 |

## Redetermination: First Level Appeal - JJ Part A

### Provider Information

| | |
|---|---|
| Contract/Region: | 10111/Part A Alabama |
| Provider Name: | UAB Hospital |
| Provider Number (PTAN): | 010033 |
| National Provider Identifier (NPI): | 1154435824 |
| Address Line 1: * | 619 19th Street S |
| Address Line 2: | |
| City/State/Zip: * | Birmingham, AL  35249 |
| Provider Phone Number: * | 205-234-6120 |
| Tax ID: | 636005396 |

### Requestor Information

| | |
|---|---|
| Requestor Name: * | Rebecca Nix |
| Requestor Phone Number: * | 205-234-6120 (Same as Provider Phone Number) |
| Requestor Address 1: * | 500 22nd Street South |
| Requestor Address 2: | Suite 406C |
| Requestor City/State/Zip: * | Birmingham, AL  35233 |

### Appeal Type

| | |
|---|---|
| Appeal Type: * | Non-Overpayment |

### Patient & Claims Information

| | |
|---|---|
| Patient Name: * | MULTIPLE |
| Medicare ID: * | MULTIPLE |
| Date From: * | ██████/2022 |
| Date To: * | ██████/2022 |
| Claim Numbers (DCN): * | MULTIPLE |
| Code(s) Being Appealed: * | MULTIPLE |

Reason for Appeal: *   These CY 2022 claims should be paid at a rate of Average Sales Price (âASPâ) plus 6 percent.  Instead, effective FY 2018 through the present, CMS has reduced payments for separately payable drugs to ASP minus 22 percent, in contravention of the clear statutory requirements for calculating such reimbursement.  See 42 U.S.C. Â§ 1395l(t)(14)(A)(iii)(I)-(II); see also 82 Fed. Reg. 52356, 52493-511 52622-25 (Nov. 13, 2017); 86 Fed. Reg., 63458, 63644 (Nov. 16, 2021).  The payment(s) should be $23,753.44.

| | |
|---|---|
| Email Id:* | rlnix@uabmc.edu |
| Name: * | Rebecca Nix |
| Date: * | Mon Oct 3 10:57:15 EDT 2022 |

ATTACHMENTS

| Number of files attached:* | 1 |
|---|---|
| Attachments: | Appeals Due 10152022_10192022.pdf |

| Bill NPI | Patient Account | PatientName | Date of Birth | MedicareID | ICN# | DateFrom | DateTo | HCPCS | Units | | Total Expected Amount: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1154435824 | ███ | | ███ | ███ | 22215400271407ALA | /2022 | 2022 | J0897 | 60 | $ | 994.97 |
| 1154435824 | ███ | ████ | ███ | ███ | 22215400253007ALA | 5 2022 | /2022 | J0129 | 75 | $ | 2,568.15 |
| 1154435824 | ███ | ███ | ███ | ███ | 22215400288707ALA | 2022 | /2022 | J7308 | 2 | $ | 611.55 |
| 1154435824 | ███ | ███ | ███ | ███ | 22215400268407ALA | 022 | /2022 | J9217 | 3 | $ | 394.74 |
| 1154435824 | ███ | ███ | ███ | ███ | 22215400262907ALA | 2022 | /2022 | J1561 | 4 | $ | 134.29 |
| 1154435824 | ███ | ███ | ███ | ███ | 22215400253407ALA | /2022 | /2022 | J0485 | 500 | $ | 1,475.76 |
| 1154435824 | ███ | ███ | ███ | ███ | 22215400406707ALA | 2022 | /2022 | J0185 | 130 | $ | 175.42 |
| 1154435824 | ███ | ███ | ███ | ███ | 22215400406707ALA | /2022 | /2022 | J9173 | 150 | $ | 9,021.52 |
| 1154435824 | ███ | ███ | ███ | ███ | 22215700405107ALA | 2022 | /2022 | J9271 | 200 | $ | 8,377.04 |
| | | | | | | | | | | $ | 23,753.44 |